# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

RODRIGO KOSCHE,

    Petitioner,

vs.

JOHN F. SALAZAR, WARDEN, et al.,

    Respondent.

No. CV 08-2905-JSL (AJW)

**JUDGMENT**

**IT HEREBY IS ADJUDGED** that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: 7/16/08

*J. Spencer Letts*
United States District Judge